IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY GORDON,                          )
                                     )       2:06-cv-0238-GEB-GGH
                    Plaintiff,       )
                                     )       ORDER
        v.                           )
                                     )
OFFICER ROBERTS, et al.,             )
                                     )
                    Defendants.      )
                                     )

        Plaintiff, a state prisoner proceeding pro se, has filed
this civil rights action seeking relief under 42 U.S.C. § 1983.  The
matter was referred to a United States Magistrate Judge pursuant to 28
U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 12, 2006, the magistrate judge filed findings and
recommendations herein which were served on Plaintiff and which
contained notice to Plaintiff that any objections to the findings and
recommendations were to be filed within twenty days.  Plaintiff has
not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and
recommendations to be supported by the record and by the magistrate
judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed July 12, 2006, are adopted in full; and

2. This action is dismissed without prejudice.

See Local Rule 11-110; Fed. R. Civ. P. 41(b).

Dated:   September 19, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge